JUDGE FURMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :    SEALED INDICTMENT
                               :
          - v. -               :    20 Cr.
                               :
YAUREL CENTENO,                :
                               :
          Defendant.           :
                               :
- - - - - - - - - - - - - - - X

20 CRIM 432

**COUNT ONE**

The Grand Jury charges:

1.   In or about June 2020, in the Southern District of New York and elsewhere, YAUREL CENTENO, the defendant, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, CENTENO agreed with others to rob a commercial establishment in Queens, New York.

(Title 18, United States Code, Section 1951.)

**COUNT TWO**

The Grand Jury further charges:

2.   On or about June 27, 2020, in the Southern District of

New York and elsewhere, YAUREL CENTENO, the defendant, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and aided and abetted the same, to wit, CENTENO and others robbed a commercial establishment in Queens, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE

The Grand Jury further charges:

3. On or about June 27, 2020, in the Southern District of New York and elsewhere, YAUREL CENTENO, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count Two of this Indictment, knowingly did use and carry a firearm, and in furtherance of such crime, did possess a firearm, which firearm was brandished, and aided and abetted the same.

(Title 18, United States Code,
Sections 924(c)(1)(A)(i), (ii), and 2.)

## FORFEITURE ALLEGATION

4. As a result of committing the offenses alleged in Counts One and Two of this Indictment, YAUREL CENTENO, the

defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including, but not limited to, a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that CENTENO personally obtained.

### SUBSTITUTE ASSETS PROVISION

5.   If any of the above-described forfeitable property, as a result of any act or omission of YAUREL CENTENO, the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

of CENTENO, up to the value of the above-described forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*Leonie Soueland*
FOREPERSON

*Audrey Strauss*
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**YAUREL CENTENO,**

Defendant.

---

SEALED INDICTMENT

20 Cr.

(Title 18, United States Code, Sections 1951, 924(c), and 2)

AUDREY STRAUSS
Acting United States Attorney

*/s/ Leonie Boulan*
Foreperson

---