```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :        ORDER
         - v. -                  :
                                 :        20 CR 432 (JMF)
YAUREL CENTENO,                  :
                                 :
              Defendants.        :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the parties, it is hereby

ORDERED that the conference scheduled for September 21, 2020 is adjourned to  October 26, 2020 , 2020 at  3:30 p.m. ; and

FURTHER ORDERED that time is excluded under the Speedy Trial Act between today and  October 26, 2020 , 2020; the Court finds that the ends of justice served by excluding such time outweighs the interests of the defendant and the public in a speedy trial because of the interests of the defendant in receiving and reviewing discovery and considering the possibility of a pre-trial disposition amidst the circumstances of the ongoing national emergency declared over the coronavirus pandemic.

The Clerk of Court is directed to terminate Doc. #7.

SO ORDERED

Dated:   New York, New York
         September  15 , 2020

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Unless and until the Court orders otherwise, the Government shall produce discovery within the next two weeks.