```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :    ORDER
        - v. -                   :
                                 :    20 CR 432 (JMF)
YAUREL CENTENO,                  :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the parties, it is hereby

ORDERED that the conference scheduled for October 26, 2020 is adjourned to __November 30__, 2020 at __2:30 p.m.__; and

FURTHER ORDERED that time is excluded under the Speedy Trial Act between today and __November 30__, 2020; the Court finds that the ends of justice served by excluding such time outweighs the interests of the defendant and the public in a speedy trial because of the interests of the defendant in considering the possibility of a pre-trial disposition amidst the circumstances of the ongoing national emergency declared over the coronavirus pandemic.

SO ORDERED

Dated:   New York, New York
         October __16__, 2020

The Clerk of Court is directed to terminate Doc. #10.

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK