```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :    ORDER
         - v. -                  :
                                 :    20 CR 432 (JMF)
YAUREL CENTENO,                  :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the parties, it is hereby

ORDERED that the conference scheduled for November 30, 2020 is adjourned to  January 11, 2021 , ~~2020~~ at  2:00 p.m. ; and

FURTHER ORDERED that time is excluded under the Speedy Trial Act between today and  January 11, 2021 , ~~2020~~; the Court finds that the ends of justice served by excluding such time outweighs the interests of the defendant and the public in a speedy trial because of the interests of the defendant in considering a pre-trial disposition amidst the circumstances of the ongoing national emergency declared over the coronavirus pandemic.

SO ORDERED

Dated:   New York, New York
         ~~October       ,~~ 2020
         November 19                    _____
                                        THE HONORABLE JESSE M. FURMAN
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK

The Clerk of Court is directed to terminate ECF No. 14.