```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -  X
                                 :
UNITED STATES OF AMERICA         :
                                 :    ORDER
          - v. -                 :
                                 :    20 CR 432 (JMF)
YAUREL CENTENO,                  :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - -  X
```

Upon the application of the parties, it is hereby

ORDERED that the conference scheduled for January 11, 2021 is adjourned to __February 11__, 2021 at __2:15 p.m.__; and

FURTHER ORDERED that time is excluded under the Speedy Trial Act between today and __February 11__, 2021; the Court finds that the ends of justice served by excluding such time outweighs the interests of the defendant and the public in a speedy trial because of the interests of the defendant in considering a pre-trial disposition amidst the circumstances of the ongoing national emergency declared over the coronavirus pandemic.

SO ORDERED

Dated:   New York, New York
         December  29 , 2020

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

The Clerk of Court is directed to terminate ECF No. 17.