

April 13, 2021

VIA ECF

Hon. Jesse M. Furman, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED. The conference will go forward on June 1, 2021, whether as a change-of-plea proceeding or a pretrial conference. Time is excluded in the interests of justice from today, April 13, 2021, until June, 1, 2021, for the reasons set forth in defense counsel's letter. The Clerk of Court is directed to terminate Doc. #30. SO ORDERED.
>
> April 13, 2021

RE:  USA vs Yaurel Centeno
     Indictment 20-cr-432

Dear Judge Abrams:

The above referenced matter is scheduled for a status conference before Your Honor on April 19, 2021.

The parties are in the midst of potential global plea negotiations for the above referenced case and pending state charges that Mr. Centeno has in Westchester County. Therefore, I am respectfully requesting that Your Honor adjourn the status conference to June 1, 2021 at 3:00 p.m.

On behalf of Yaurel Centeno, I consent to the exclusion Speedy Trial Act time to June 1, 2021.

AUSA Thomas Wright consents to this request on behalf of the Government.

                Respectfully yours,

                */s/Thomas Ambrosio*
                Thomas Ambrosio

cc:  Thomas Wright (via ECF)
     Yaurel Centeno (via regular mail)