UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                   :

UNITED STATES OF AMERICA                            :

                                             :

            -v-                                :                      20-CR-432 (JMF)

                                         :

YAUREL CENTENO,                           :                 <u>SCHEDULING ORDER</u>

                                         :

                    Defendant.          :

                                         :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As counsel presumably know, this District has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

      In connection with that process, trial in this case has been scheduled to begin on **December 8, 2021**. The case is second on the list of jury trials for that day, which means that it will proceed on that date if and only if the other trial scheduled for that day goes away. The Court will advise the parties as soon as it knows whether the case will commence on that date or not. **Unless and until the Court orders otherwise, however, the parties shall be prepared to proceed to trial on that date. Put differently: Assuming the case before it goes away, and this case has not been resolved, trial will begin on December 8, 2021. To that extent, it is a firm trial date.**

      Unless and until the Court orders otherwise, any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **November 23, 2021**. Any opposition to a motion *in limine* or trial memorandum shall be filed by noon on **November 30, 2021**.

      In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing. In addition, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

      It is further ORDERED that the parties appear for a final pretrial conference on **December 2, 2021**, at **10:30 a.m.** Unless and until the Court orders otherwise, the conference will be held in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

SO ORDERED.

Dated: August 27, 2021
      New York, New York
                                      JESSE M. FURMAN
                                   United States District Judge