

February 16, 2022

<u>VIA ECF</u>

Hon. Jesse M. Furman, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    USA vs Yaurel Centeno
                  Indictment 20-cr-432

Dear Judge Furman:

      Yaurel Centeno is currently scheduled to be sentenced before Your Honor on March 15, 2022. He respectfully requests that his sentencing be postponed for at least 10 weeks. He recently was accepted in into the Resolve to Stop the Violence Program ("RSVP Program"), a 10 week program for selected inmates at the Westchester County Jail.

      The RSVP Program is based on a "restorative justice" model that has been successfully implemented at the San Francisco County Jail. St. John's has successfully implemented and operated the RSVP Program since its inception on May 19, 2008 and enhanced same by including concurrent chemical dependence treatment. The goals & objectives of the RSVP Program are to address the unique treatment needs of males that have a violent behavior history, are chemically dependent and incarcerated at the Westchester County Department of Correction's jail. The RSVP Program is a crime – victim driven program.

      It is a violence cessation program that reaches out to perpetrators with the goals of providing:

- Ongoing recruitment and training of qualified program staff to implement the continuing operation of a 44-inmate program. This will include violence intervention training as well as victim impact and theatre arts components.

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com

- Inmate learning of the tools and strategies necessary to understand the roots of their violent behavior and its impact on themselves, victims and the community.
- Provision of quality addiction treatment services with recognition of the linkage between addiction and violence.
- Improved conduct and program participation while an inmate at the County's Jail.
- Successful transition to community and reduction in risk for relapse and recidivism due to violent behavior and drug usage. Availability of community center component upon discharge.

Mr. Centeno is 20 years old who has been designated a career offended by US Probation who is facing a sentencing guideline range of 262 to 327 months imprisonment. Mr. Centeno hope to be able to successfully complete the RSVP program and to be able to use his completion of the program as a 3553(a) factor Your Honor could consider when imposing sentence.

AUSA Thomas Wright has been advised of Mr. Centeno's request as set forth above and he does not oppose the sentencing being postponed.

Your Honor's acceptance of Mr. Centeno's request for an adjournment would be greatly appreciated.

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc: Thomas Wright (via ECF)
Yaurel Centeno (via regular mail)

Application GRANTED. Sentencing is hereby ADJOURNED to May 25, 2022, at 3:15 p.m.. The Clerk of Court is directed to terminate Doc. #41. SO ORDERED.

February 16, 2022

---

750 Valley Brook Avenue │ Lyndhurst │ New Jersey 07071 │ 201.935.3005 │ 201.935.7667 ∞ fax
tambrosio@legal750.com