UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 20-CR-432 (JMF)
:
YAUREL CENTENO, : ORDER
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As discussed on the record at the conference held earlier today, Michael Hueston, the CJA counsel on duty today, is hereby substituted as counsel for Defendant, in place of Thomas Ambrosio. Mr. Ambrosio shall promptly contact Mr. Hueston and provide him with any and all files relating to the case, along with any information Mr. Hueston needs to ensure a smooth transition of counsel.

    As discussed, the mitigation specialist previously appointed by the Court will remain in place unless and until the Court orders otherwise. So too, sentencing will remain scheduled for **May 25, 2022**, at **3:15 p.m.** *See* ECF No. 42. If counsel believe that an adjournment is warranted, they should confer and file a letter motion to that effect. Finally, Mr. Hueston shall promptly contact Defendant to discuss the motion that Defendant filed *pro se* seeking to withdraw his plea in part and dismiss the Indictment in part. *See* ECF No. 43. No later than **April 8, 2022**, Mr. Hueston shall advise the Court if the motion should be deemed withdrawn.

    SO ORDERED.

Dated: March 15, 2022
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge