# MICHAEL HUESTON
## ATTORNEY AT LAW

16 COURT STREET  
35TH FLOOR  
BROOKLYN, NEW YORK 11241  

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

April 6, 2022

**BY ECF**  
The Honorable Jesse M. Furman  
United States District Court  
Southern District of New York  
40 Foley Square, Room 1105  
New York, New York 10007  

   Re: *United States v. Centeno*, 20 Cr. 432 (JMF)

Your Honor:

  I represent Mr. Yaurel Centeno in the above-referenced case. I respectfully request that the time for me to advise the Court whether Mr. Centeno will be withdrawing his *pro se* application, seeking to vacate his plea in part and dismiss the Indictment in part, be extended from April 8, 2022, to April 15, 2022. *See* Doc. No. 45. This is my first request for an extension regarding this matter. The government consents to this application.

  This request is necessary because I require additional time to confer with Mr. Centeno about his decision. I have obtained the case file and met with him three times at the Westchester County Jail since being assigned to his case; however, our visits have been limited because of the facility's COVID-19 safety protocols, which were only lifted this week. I believe the extension will allow me to fully confer with Mr. Centeno about the matter.

  Mr. Centeno's next appearance is his sentencing, which is scheduled for May 25, 2022.

  I appreciate the Court's attention to this application.

              Respectfully,

              /s/ Michael Hueston

cc: A.U.S.A. Thomas John Wright

> Application GRANTED. Counsel shall file their letter on or before April 15, 2022. The Clerk of Court is directed to terminate Doc. #47. SO ORDERED.
>
> *[signature]*
>
> April 6, 2022