# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

April 19, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

    Re:  *United States v. Centeno*, 20 Cr. 432 (JMF)

Your Honor:

    I represent Mr. Yaurel Centeno in the above-referenced case.

    After conferring with Mr. Centeno, I write to inform the Court that Mr. Centeno does not wish to proceed with his *pro se* application, seeking to vacate his plea in part and dismiss the indictment in part, *see* Doc. No. 43, and will continue onto sentencing in his case.

    Accordingly, Mr. Centeno asks that the above-mentioned *pro se* application be withdrawn.

                                            Respectfully,

                                            /s/ Michael Hueston

cc:    A.U.S.A. Thomas John Wright
        Yaurel Centeno

Application GRANTED. Sentencing remains scheduled for May 25, 2022. The Clerk of Court is directed to terminate ECF No. 53.

SO ORDERED.

April 20, 2022