# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

May 4, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to June 30, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #55. SO ORDERED.*

*[signature]*

*May 4, 2022*

Re: *United States v. Centeno*, 20 Cr. 432 (JMF)

Your Honor:

I represent Mr. Yaurel Centeno in the above-referenced case. I respectfully request that Mr. Centeno's May 25, 2022 at 3:00 p.m. sentencing hearing be continued to the week of June 27, 2022,[1] or a date convenient to the Court. This is my first request for a continuance of the sentencing. I have conferred with Mr. Centeno and he consents. The government also consents to this application. The reasons for the continuance are as follows.

I require additional time to prepare for Mr. Centeno's sentencing, including continuing to confer with him and his family, conferring with the assigned mitigation specialist in drafting her report, and drafting Mr. Centeno's sentencing submission, which is currently due on May 11, 2022 according to Your Honor's individual rules. This is because, during the first phase of my representation, I spent almost all of my efforts conferring with Mr. Centeno about his *pro se* application, seeking to vacate his plea in part and dismiss the indictment in part. This issue was only resolved on April 20, 2022.

Mr. Centeno's sentencing presents serious issues, including how the application of U.S.S.G. § 4B1.1 (Career Offender) will affect his sentence. This requested time will allow me to complete these tasks with the attention they deserve.

I appreciate Your Honor's consideration of this application.

Respectfully,

/s/ Michael Hueston

cc: A.U.S.A. Thomas John Wright

---

[1] This is the soonest time given the defense's need and availability and the government's trial schedule and availability.