# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

June 16, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

Re:  *United States v. Centeno*, 20 Cr. 432 (JMF)

Your Honor:

I represent Mr. Yaurel Centeno in the above-referenced case. I respectfully request that the Mitigation Report referred to at Exhibit C of his sentencing submission be filed under seal. The government takes no position regarding this application. The report is being provided to the Court and the government via email for review.

The reason is that the document contains a host of personal and family information similar to a Presentence Report, including biographical data, mental health histories, educational histories, juvenile justice references, and criminal histories; and its disclosure would make this private information public without a vital need for such disclosure. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

I appreciate Your Honor's consideration of this application.

Respectfully,

/s/ Michael Hueston

cc:   A.U.S.A. Thomas John Wright

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 58. SO ORDERED.

*[signature]*
June 16, 2022