# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

November 16, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

*Application GRANTED. The Court will email defense counsel a copy of the statement of reasons. The Clerk of Court is directed to terminate Doc. #74. SO ORDERED.*

*November 17, 2022*

Re:  *United States v. Centeno*, 20 Cr. 432 (JMF)

Your Honor:

    I represent Mr. Yaurel Centeno in the above-referenced case. I write to request that I be provided with Mr. Centeno's statement of reasons, which is part of his judgment of conviction, pursuant to 18 U.S.C. § 3553(c)(2) (Statement of Reasons for Imposing a Sentence). The government does not oppose this application.

    The reason for this request is that I represent Mr. Centeno in *United States v. Centeno,* 22-1676 (2d Cir.) where he is appealing his sentence. Mr. Centeno's brief and appendix are due on December 22, 2022, and appellants are required to provide their judgments in a special appendix. *See* F.R.A.P. 30(a)(1)(C).

    Accordingly, I request that I be provided with Mr. Centeno's statement of reasons.

    I appreciate the Court's consideration of this request.

                                                    Respectfully,

                                                  /s/ Michael Hueston

cc:    A.U.S.A. Thomas John Wright