

**LAW OFFICE OF JOSHUA D. KIRSHNER, PLLC**

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www.jkirshnerlaw.com

September 6, 2024

VIA ECF
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> For avoidance of doubt, the Court believes that it is prudent, if not required, to await the mandate in 20-CR-432. In light of that, the parties shall appear on September 25, 2024, albeit at 10 a.m. (not the time currently scheduled for sentencing). Sentencing is adjourned sine die. The Clerk of Court is directed to terminate Docket No. 319.
>
> SO ORDERED.
> /s/ Jesse M. Furman
> September 6, 2024

Re:  United States v. Yaurel Centeno
     22 Cr. 343 (JMF); 20 Cr. 432 (JMF)

Dear Judge Furman,

    I represent Yaurel Centeno in the above-captioned matters. I write to (i) inform the Court that Mr. Centeno no longer wants me to represent him in these matters; (ii) request the Court schedule a conference to address Mr. Centeno's position; and (iii) request an adjournment of Mr. Centeno's sentencing in these matters currently scheduled for September 25, 2024.

    On September 5, 2024, Mr. Centeno directed me to inform this Court that, effective immediately, he does not want me to represent him in these matters. Accordingly, I respectfully submit that an adjournment of Mr. Centeno's sentencing is necessary to address his position and, if ultimately necessary, appoint new counsel.

    If the Court is inclined to set a conference, I am available on September 9th, 10th, and 11th and then again on September 24th in the afternoon and September 25th (the current date for sentencing).

    Thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/
Joshua D. Kirshner

cc:  All parties (via ECF)
     Probation Officer Simone B. Belgrave (via email)