UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA                                 :
                                                        :
            -v-                                          :        22-CR-343-2 (JMF)
                                                        :        20-CR-432 (JMF)
YAUREL CENTENO,                                          :
                                                        :        <u>ORDER</u>
                        Defendant.                       :
                                                        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The mandate in 20-CR-432 finally issued this morning.  In light of that, and as discussed

on the record at the conference held in both cases this morning, sentencing in 22-CR-343 and

resentencing in 20-CR432 are hereby set for **December 12, 2024**, at **3:00 p.m.**  As discussed,

counsel shall file a single sentencing submission covering both cases no later than **November 27,**

**2024**; the Government's submissions are due **one week prior to sentencing**.

        SO ORDERED.

Dated: September 25, 2024
        New York, New York                    _____
                                                        JESSE M. FURMAN
                                                        United States District Judge