UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
-v-                                                                     :  22-CR-343-2 (JMF)
:  20-CR-432 (JMF)
YAUREL CENTENO,                                                         :
:  ORDER
Defendant.                                                              :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    IT IS HEREBY ORDERED that the time for the sentencings in this matter, scheduled for **December 12, 2024**, is changed from 3:00 p.m. to **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  As discussed, counsel shall file a single sentencing submission covering both cases no later than **November 27, 2024**; the Government's submission is due **one week prior to sentencing**.

    SO ORDERED.

Dated: November 12, 2024
       New York, New York

                                                                           JESSE M. FURMAN
                                                                       United States District Judge